STEPHENSON *v.* JAMES *et al.*

ATKINSON, J.   The pleadings and evidence in this case were of such character as to show no abuse of discretion in refusing to grant an injunction.                    *Judgment affirmed.   All the Justices concur.*

Argued January 16,—Decided June 11, 1908.

Petition for injunction.   Before Judge Edwards.   Douglas superior court.   November 27, 1907.

*J. H. McLarty* and *Roberts & Hutcherson,* for plaintiff.

*J. S. James* and *W. A. James,* for defendants.